IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Dawn M. Chappel, | : | Case No. 1:22-cv-747 |
| | : | |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | |
| | : | |
| Adams County Children's Services, *et al.*, | : | Order |
| | : | |
| | : | |
| Defendants. | : | |

This matter is before the Court on Plaintiff Dawn Chappel's Motion for Leave to file a Rule 59(e) Motion (Doc. 139).  Per the Court's Order on Summary Judgment, because of excessive filings in this case, Chappel must seek leave of Court prior to any further filings.  The Court held the request in abeyance pending a settlement conference in this matter, which was held on July 2, 2026.  The case did not settle.  Accordingly, the Court will grant Chappel leave to file a Rule 59(e) Motion.  Chappel filed her proposed Motion as Document 139.  The Court will, therefore, consider Document 139 as her Rule 59(e) Motion.

At the settlement conference, counsel for Defendant Ashlee Moore orally requested leave to file a Rule 59(e) Motion as well as the matter was held in abeyance.  The Court will grant Moore permission to file a Motion for Leave to file a Rule 59(e) Motion, in which she must set forth the reason(s) for the Motion to be filed and to be filed out of time.  Moore should attach a copy of her proposed Rule 59(e) Motion as well as a proposed Order to her filing for the Court's consideration.  **Moore must file by no later than Monday, July 6, 2026.**

**Plaintiff is put on notice that she must obtain leave of Court before filing any other additional filings in this case and failure to follow the Undersigned's Standing Order and the Southern District of Ohio Local Rules will result in sanctions and pleadings being**

1

stricken.  Parties must follow the Federal Rules of Civil Procedure for filing responsive memoranda by the respective due dates.  No filings beyond those are authorized without leave of Court.

**IT IS SO ORDERED.**

BY THE COURT:

S/Susan J. Dlott
Susan J. Dlott
United States District Judge